Anna Jacobson, Plaintiff, v. Ignatz Jacobson, Defendant. Max Brown, Appellant; Nathaniel Rosenberg, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Application of Claude F. Curtis, Appellant, for a Peremptory Writ of Mandamus against Henry Moskowitz and Others, Commissioners, Composing the Municpal Civil Service Commission of the City of New York, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Kathrine C. Gould, Respondent, v. Howard Gould, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles L. Bowen, Respondent, v. Edward K. Fenno, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Josephine F. B. Porter, Respondent, v. David B. Porter, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Rebecca Bauman, Respondent, v. Joseph Engelman and Others, Appellants. Joseph H. Bauman, Respondent, v. Joseph Engelman and Others, Appellants.— Orders reversed, with ten dollars costs and disbursements, and motions granted, with ten dollars costs, on Sylvester v. Lewis (55 App. Div. 470). Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry W. Bridges, Respondent, Appellant, v. Brooklyn Union Gas Company, Appellant, Respondent.— Order affirmed. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frederick Pring, Respondent, v. Richard C. Thorp, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Carnegie Trust Company, in Liquidation. New Belgravia Realty Company, Inc., Appellant, v. Superintendent of Banks of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Application of Nicholas Abel, Appellant, to Vacate a Subpœna to Testify in a Certain Action Alleged to Be Pending in the State of New Jersey, between Henry W. Bull and Others, Complainants, and International Power Company. Henry W. Bull and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.